JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S.,<br><br>                    Plaintiff,<br><br>            v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>                    Defendant. | Case No. EDCV 18-2381-KK<br><br><br>JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: October 17, 2019

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge